United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 06, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
| GUY LAURENT and FREDA LAURENT, | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Adv. Proc. No. 25-03798 |
|  | ) |  |
| SUNNOVA ENERGY INTERNATIONAL INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO RULE 12(b)(1) AND 12(b)(6)**

The Court has considered Defendant Sunnova Energy International Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) (the "Motion"), as well as any responses and replies thereto. The Court finds that the Motion should be granted, and it is hereby

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

ORDERED that Plaintiffs' claims asserted in the Complaint are dismissed without prejudice.

Signed: January 06, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge